# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 CR 644 - 1,2, 3, & 4 | **DATE** | 4/26/2006 |
| **CASE TITLE** | USA vs. Sorich, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held on 4/26/2006. There will be no public records search, computer background checks or criminal background checks of any juror in this case. Motions that are noticed for Monday, May 1, 2006 will be heard at 10:00 a.m. instead of 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|